17 October, 2014

Honorable Judge Reeves
United States District Court
Eastern District of Tennessee
800 Market Street, Suite 144
Knoxville, Tennessee  37902

Your Honor:

 I would like to provide a letter on behalf of Mr. Adam Winters, who has pleaded guilty to the charge of interstate communications with intent to extort, and will be sentenced by you shortly.

 I am a Senior Executive with the Defense Logistics Agency, Department of Defense. I currently have the honor of serving as the Deputy Director for Information Operations, managing 3,000 Information Technology professionals in 48 states and 27 countries that support our nation's Soldier's Sailors, Air Men/Women and Marines. I am also a Veteran myself, having served honorably for 22 years in the United States Army.

 Adam is the stepson of my brother (Brian Foster) and his wife (Jimmie Foster). I have known Adam for almost 20 years, and watched him grow into adulthood. He did not have a trouble childhood in any sense. He did well in school at all levels. He was liked by teachers and other students, and never had any of the behavior problems that are prevalent in our school system today. He avoided drugs and alcohol. His parents ensured he went to Church regularly. He was bright, and had a future full of promise. For all these reasons, it was devastating to his parents and those of us who love Adam to learn of his extreme bad judgment that led him down this path to your court. Based on my conversations with Adam since his arrest, I believe he fully comprehends the wrongness of his actions, and regrets the decisions he made. I believe his plea of guilty reflects this, and his desire to accept responsibility for his actions.

 Given these facts and circumstances, I would ask that Your Honor to give full consideration to the fact that Adam is not a habitual criminal in any sense. This was a single instance of extremely poor judgment by an otherwise law abiding member of our community. He has never been in this kind of trouble before, and will not be again. A long jail sentence is not necessary to rehabilitate Adam, and would be an unnecessary cost on taxpayers. Instead, our community would be better served by probation, where Adam can demonstrate his commitment to abide by our laws, and mandatory community service where he can make a positive contribution by helping others. Leniency in this matter is merited, and will allow Adam to quickly return to society as a productive, contributing young man.

 I greatly appreciate your time and consideration in this matter.

Sincerely,

Robert T. Foster
3056 Crosen Court
Oak Hill, VA 20171-1538