UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 3:14-CR-00076 |
| | ) | JUDGE REEVES |
| ADAM WINTERS | ) | |

## UNITED STATES'S SENTENCING MEMORANDUM

The United States of America responded to the Presentence Investigation Report ("PSR"), with no objections. D.E. 21. Based on the PSR information, the 18 U.S.C. § 3553 sentencing factors, specifically including the specific nature and circumstances, and the parties' plea agreement (D.E. 12), the United States respectively requests that this Court sentence the defendant to a term of imprisonment between zero and six months. The United States believes the requested sentence is sufficient, but not greater than necessary to accomplish the goals of sentencing. Further, this requested sentence complies with the parties' plea agreement. D.E. 12, at 3.

Respectfully submitted this 27th day of October, 2014.

                      WILLIAM C. KILLIAN
                      United States Attorney

By:   *s/ Brooklyn Sawyers*
       Brooklyn Sawyers
       Assistant United States Attorney
       800 Market Street, Suite 211
       Knoxville, Tennessee 37902
       (865) 545-4167

## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2014, a copy of the foregoing was filed electronically. Notice of the filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

                      *s/ Brooklyn Sawyers*
                      Brooklyn Sawyers
                      Assistant United States Attorney