# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### KNOXVILLE

Case #: 3:14-cr-76                                              Date: November 17, 2014

United States of America        vs.        Adam Winters

**PROCEEDINGS: Sentencing.** The defendant is sworn. Neither party had any objections to the Presentence Investigative Report. The plea agreement is accepted.

THE HONORABLE PAMELA L. REEVES, UNITED STATES DISTRICT JUDGE PRESIDING

| Angela Archer | Netta Kocuba | Brooklyn Sawyers |
|---|---|---|
| **Deputy Clerk** | **Court Reporter** | **Asst. U.S. Attorney** |

| Norman McKellar | | Carol Cavin |
|---|---|---|
| **Attorney for Defendant** | | **Probation Officer** |

- ■ Defendant allocutes
- ■ Government's Motion for Acceptance of Responsibility        ■ granted   ☐ denied
- ☐ Government's Motion for Downward Departure                   ☐ granted   ☐ denied
- ■ Defendant's Motion for Variance                              ☐ granted   ■ denied
- ■ **JUDGMENT OF THE COURT:**

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 3 months as to Count 1 of the Information. Upon release from imprisonment, the defendant shall be on supervised release for a term of 1 year. The defendant shall not commit another federal, state, or local crime; shall comply with the standard conditions that have been adopted by this Court in Local Rule 83.10; and shall not illegally possess a controlled substance. The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. The defendant shall cooperate in the collection of DNA. No fine imposed. The defendant shall comply with the special conditions as set forth in the J&C.

- ■ **COURT RECOMMENDATIONS:**

The court recommends the defendant participate in educational classes and vocational training, if available, while incarcerated. Lastly, the court recommends that the defendant be designated to the BOP facility nearest to Knoxville, TN

- ■ Special assessment: $100.00
- ■ Defendant remains released pending designation
- ☐ Defendant remanded to custody

10:00 a.m.    to    10:30 a.m.